(Reap. Dec. 10066)

METASCO, INC. *v.* UNITED STATES

Entry No. 5780.

(Decided August 22, 1961)

*Barnes, Richardson & Colburn* for the plaintiff.

*William H. Orrick, Jr.*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This appeal for reappraisement is before me for decision on a written stipulation, reading as follows:

IT IS HEREBY STIPULATED by the undersigned, subject to the approval of the court, that the merchandise consisting of cashmere outerwear, involved in the above-entitled reappraisement appeal is such or similar, and the issues are in all material respects the same as the merchandise and issues in *Charles Stockheimer, et al.* v. *United States, etc.* 44 CCPA 92, C.A.D. 642, and that the record therein may be incorporated herein.

That there was no foreign value, export value, or United States value, as defined in Section 402 (c), (d), and (e) of the Tariff Act of 1930, as amended, for the involved merchandise at the time of exportation thereof.

That the cost of production, as defined in Section 402(f) of said Act, is the proper basis for appraisement of the involved merchandise, and that such cost of production for each of the item numbers or other description shown on the invoices involved in the above-entitled appeal is as stated in Schedule "A" attached hereto and made a part of this stipulation, for the merchandise exported during the specified periods.

That the above-entitled appeal is abandoned as to all merchandise on the invoices involved for which no value is shown in Schedule "A."

On the agreed facts and following the cited authority on the law, I find that the proper basis for appraisement of the merchandise in question is cost of production, as defined in section 402(f) of the Tariff Act of 1930, and hold that such statutory value therefor is as set forth in schedule "A," hereto attached and made a part hereof.

As to all other merchandise on the invoices involved herein for which no value is shown on said schedule "A," the appeal for reappraisement is dismissed. Judgment will be rendered accordingly.

| | | SCHEDULE "A" | Cost of production, |
| | | Item No. or | shillings & pence |
| Manufacturer | Exported | description | English currency |
| H. Harris | 9/4/56 | Kinross Pullover | 105/10 |
| | | Kinross Slipover | 66/8 |
| | | Kinross Cardigan | 130/1 |

All the foregoing prices are stated in British sterling (shillings & pence) net per piece, parcel post packing included, cases extra as invoiced.